IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MUNICIPALITY OF MAYAGUEZ,

**Plaintiff(s)**

**v.**

CORPORACION PARA EL DESARROLLO
DEL OESTE, INC., <u>et al.</u>,

**Defendant(s)**

**CIVIL NO.** 06-1467 (JAG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos Lopez on June 27, 2007. (Docket No. 34). In said Report and Recommendation the Magistrate-Judge recommends that the motion to dismiss for lack of federal jurisdiction filed by defendant Corporacion Para el Desarrollo del Oeste ("CPDO") (Docket No. 15), be denied.

Neither party filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. <u>See</u> D.P.R. Local Civ. R. 72(d).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety and accordingly, **DENIES** CPDO's motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of July 2007.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge